No. 95–1225. UNITED STATES *v.* BROCKAMP, ADMINISTRATOR OF THE ESTATE OF McGILL, DECEASED; and UNITED STATES *v.* SCOTT. C. A. 9th Cir. Motion of Vincent Tassinari for leave to

file a brief as *amicus curiae* granted.    Certiorari granted.